Perham Makabi, Esq.
Law Office of Perham Makabi, Esq.
8015 Lefferts Blvd Suite 1R
Kew Gardens NY 11415

***Sent Via ECF Only***

August 14, 2026

Hon. Judge Evelyn Padin, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *Ruiz Chanez v. Soto, et al.*, Civil No. 26-10029 (EP)
Request for Extension to File a Reply and Conference Adjournment

Dear Judge Padin:

I represent Petitioner Augusto Ruiz Chanez in the above-referenced matter. I respectfully write to request a 7-day adjournment of the August 16, 2026 deadline to reply to Respondents' Letter Response to Petitioner's Petition, ECF No. 5.

This request is made to allow Petitioner sufficient time to adequately review the issues raised by Respondents' Letter Response, and to prepare a thorough and complete response for the Court's consideration.

Petitioner's counsel has conferred with opposing counsel, who consent to this request. This is Petitioner's first request for an adjournment of this deadline. The requested extension is not sought for purposes of delay and will not prejudice Respondents.

Plaintiff respectfully requests that the deadline to respond to Respondents' Letter Response be adjourned from August 16, 2026 to August 23, 2026.

Thank you for your time and consideration.

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 8/17/2026

Respectfully submitted,

By: /s/ Perham Makabi
Perham Makabi, Esq.